# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| RUBY HOLLAND WILLIAMS | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:14cv882 |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the decision of the Commissioner be affirmed and that the complaint be dismissed with prejudice. Plaintiff filed written objections on August 19, 2016.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and Plaintiff's objections are without merit. There is substantial evidence in the record supporting the Commissioner's decision and the ALJ applied the correct legal standards. Plaintiff objects that the ALJ did not "make it specifically clear that he considered the factors" relevant to his determination regarding the credibility of Plaintiff's statements concerning her symptoms. On the contrary, the ALJ's decision reveals that he fully considered Plaintiff's statements concerning her symptoms and limitations in light of the applicable legal standard and determined that her testimony concerning the intensity, persistence and limiting effects of her symptoms was not

1

entirely credible and not supported by the objective findings or her history of medical treatment. The ALJ's credibility determination is entitled to considerable deference. *Chambliss v. Massanari*, 269 F.3d 520, 522 (5th Cir. 2001). The findings and conclusions of the Magistrate Judge are, therefore, adopted as those of the Court. It is

**ORDERED** that Plaintiff's objections are **OVERRULED**. The decision of the Commissioner is **AFFIRMED** and this Social Security action is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **20** day of **September, 2016.**

_____
Ron Clark, United States District Judge